**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Rebecca Ann NORTON, a.k.a. Becky Norton, Defendant-Appellant.**

**No. 17-11035-FF**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 09/20/2017

Melissa Kay Atwood, Michael B. Billingsley, Thomas E. Borton, IV, Robert

Owen Posey, John B. Ward, U.S. Attorney's Office, Birmingham, AL, for Plaintiff-Appellee

Kevin L. Butler, Allison Case, Tobie John Smith, Federal Public Defender, Birmingham, AL, Deanna Lee Oswald, Federal Public Defender—NAL, Huntsville, AL, for Defendant-Appellant

Before: ED CARNES, Chief Judge, HULL, and WILSON, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Norton's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).